UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20561-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER DALPE,

    Defendant.

_____/

**Order Adopting Magistrate Judge's Report and Recommendation
on Defendant's Motions to Suppress and Affirming
Magistrate Judge's Order on Defendant's Motion for Severance**

    Previously, this Court referred Defendant's Motion to Suppress Identification (ECF No. 182), Motion to Suppress Statements (ECF No. 183), and Motion for Severance (ECF No. 181) to Magistrate Judge Alicia O. Valle. On February 3, 2014, Judge Valle entered an order denying Defendant's Motion for Severance (DE 220), and on February 4, 2014, she issued a report recommending denying Defendant's Motions to Suppress (ECF No. 222).[1] The Defendant has filed a single document challenging both the Order and the Report (ECF No. 246); however, the Order and the Report come to this Court under different standards of review. The Report is reviewed under the *de novo* standard, while the Order is reviewed under the "clearly erroneous" standard. § 636(b)(1)(A) (2012). Under *de novo* review, the Court finds Judge Valle's Report cogent and compelling, and under the clearly erroneous standard,[2] Court affirms Judge Valle's Order.

    It is therefore **ORDERED and ADJUDGED** that Judge Valle's Order (ECF No. 220) is **AFFIRMED**, and the Report (ECF No. 222) is **AFFIRMED and ADOPTED**. Defendant's Motions to Suppress and for Severance are therefore **DENIED**.

---

[1] Following an evidentiary hearing in front of Judge Valle, Defendant's counsel withdrew the Motion to Suppress Statements (ECF No. 183).

[2] However, even under the more rigorous *de novo* standard, the Court affirms Judge Valle's Order Denying Defendant's Motion for Severance.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 28, 2014.

                                                                                    _____
                                                                                    **Robert N. Scola, Jr.**
                                                                                    **United States District Judge**